UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335 phone
(856) 499-3304 fax
cboyle@b-vlaw.com
Attorneys for the Debtor

In re:

**Nicholas David Centanzo Gonzales**

**Debtor.**

Case No.: 24-11178

Chapter: 13

Hearing Date:

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle**, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **April 8, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Notice of Amendment of Schedule D & Confirmation Hearing
    - Notice of Chapter 13 Case
    - Chapter 13 Plan
    - Order Respecting Amendments

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **April 8, 2024**                                    /s/ Lisa Grigley
                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Momentum<br>3096 Hamilton Blvd., Suite B<br>South Plainfield, NJ 07080 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Andrew Finberg, Esq.<br>Cherry Tree Corporate Center<br>535 NJ-38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Nicholas David Centanzo Gonzales<br>986 Pitney Road<br>Absecon, NJ 08201 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*