| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, P.C.<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335 phone<br>(856) 499-3304 fax<br>cboyle@b-vlaw.com<br>Attorneys for the Debtor | |
|---|---|
| In re:<br><br>Nicholas David Centanzo Gonzales<br><br>Debtor. | Case No.: 24-11178<br><br>Chapter: 13<br><br>Hearing Date:<br><br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, June Pryor:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for Carrie J. Boyle, who represents the debtor, **Nicholas David Centanzo Gonzales** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On April 17, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Application for Approval of Mortgage Modification
    - Certification in Support of Application for Approval of Mortgage Modification
    - Order on Motion for Authorization to Enter into Final Loan Modification Agreement (Chapter 13)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 17, 2024                    /s/ June Pryor
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esquire<br>Counsel to Mortgagee Midfirst Bank<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Andrew Finberg, Esq.<br>Cherry Tree Corporate Center<br>535 NJ-38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice - Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Nicholas David Centanzo Gonzales<br>986 Pitney Road<br>Absecon, NJ 08201 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.