| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Franklin Barbosa, Jr., Esq.<br>**SCHENCK, PRICE, SMITH & KING, LLP**<br>220 Park Avenue<br>P.O. Box 991<br>Florham Park, New Jersey 07932-0991<br>(973) 539-1000<br>fb@spsk.com<br><br>*Counsel for Momentum Solar LLC* | |
| In re:<br><br>NICHOLAS DAVID CENTANZO GONZALES,<br><br>Debtor. | Chapter 13<br><br>Case No. 24-11178-JNP |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Franklin Barbosa, Jr. of Schenk, Price, Smith & King, LLP, hereby enters his appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for creditor Momentum Solar LLC ("Momentum"). Request is made that the documents filed in this case and identified below be given and served upon the following person at the address, telephone, facsimile number and e-mail address indicated below:

> **SCHENCK, PRICE, SMITH & KING, LLP**
> Franklin Barbosa, Jr., Esq.
> 220 Park Avenue
> P.O. Box 991
> Florham Park, New Jersey 07932-0991
> Telephone: (973) 539-1000
> Facsimile: (973) 540-7300
> fb@spsk.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive Momentum's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Momentum is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:  May 17, 2024
       Florham Park, NJ

**SCHENCK, PRICE, SMITH & KING, LLP**

By:   */s/ Franklin Barbosa, Jr.*
      Franklin Barbosa, Jr.
      220 Park Avenue
      P.O. Box 991
      Florham Park, New Jersey 07932-0991
      Telephone: (973) 539-1000
      Facsimile: (973) 540-7300
      fb@spsk.com
      *Attorneys for Momentum Solar LLC*