UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335 phone
(856) 499-3304 fax
cboyle@b-vlaw.com
Attorneys for the Debtor

In re:
**Nicholas David Centanzo Gonzales**
**Debtor.**

Case No.: **24-11178**
Chapter: **13**
Hearing Date: **August 7, 2024**
Judge: **JNP**

# CERTIFICATION OF SERVICE

1. I, **June Pryor**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle**, who represents the debtor, **Nicholas David Centanzo Gonzales** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **June 24, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Letter advising of rescheduled confirmation hearing

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **June 24, 2024**                    /s/ **June Pryor**
                                              Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esquire<br>Counsel to Mortgagee Midfirst Bank<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Andrew Finberg, Esq.<br>Cherry Tree Corporate Center<br>535 NJ-38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice - Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Franklin Barbosa, Jr., Esq.<br>SCHENCK, PRICE, SMITH & KING, LLP<br>220 Park Avenue<br>Florham Park, NJ 07932 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| STEWART LEGAL GROUP, P.L.<br>Attn.: Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Nicholas David Centanzo Gonzales<br>986 Pitney Road<br>Absecon, NJ 08201 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF) |

rev. 8/1/15

|  |  | ☐ Other ___<br>(as authorized by the court *) |
|--|--|--|

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.