| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Harley-Davidson Credit Corp*<br><br>In re:<br><br>Nicholas David Centanzo Gonzales<br>*aka* Nicholas D. Gonzales<br><br>                                        Debtor. | Order Filed on July 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Chapter: 13<br><br>Case No.: 24-11178-JNP<br><br>Hearing Date: July 9, 2024<br><br>Judge Jerrold N. Poslusny Jr. |

**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 9, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Harley-Davidson Credit Corp ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted, and the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**1997 Harley-Davidson FXSTS Springer (Solid), VIN: 1HD1BLL19VY025698**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev.11/14/18

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11178-JNP

Nicholas David Centanzo Gonzales  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 2
Date Rcvd: Jul 09, 2024　　　　　　　　　Form ID: pdf903　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas David Centanzo Gonzales, 986 Pitney Road, Absecon, NJ 08201-9710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2024 at the address(es) listed below:

**Name**　　　　　　　　　　　**Email Address**

Andrew B Finberg
　　　　　　ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Carrie J. Boyle
　　　　　　on behalf of Debtor Nicholas David Centanzo Gonzales cboyle@b-vlaw.com
　　　　　　tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

Denise E. Carlon
　　　　　　on behalf of Creditor ACRE MORTGAGE FINANCIAL INC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Franklin Barbosa, Jr
　　　　　　on behalf of Creditor Momentum Solar LLC fb@spsk.com vc@spsk.com

Franklin Barbosa, Jr
　　　　　　on behalf of Creditor Momentum Capital LLC fb@spsk.com, vc@spsk.com

Gavin Stewart
　　　　　　on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7