Order Filed on July 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(B)

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
*Attorneys for Debtor*

---

In Re:

Nicholas David Centanzo Gonzales,

       Debtor.

Case No.: 24-11178

Judge: JNP

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION OF MOMENTUM CAPITAL, LLC TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages two (2) through three (3) is hereby ORDERED

**DATED: July 31, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Caption: | Consent Order Resolving the Objection of Momentum Capital, LLC to the Confirmation of the Debtor's Chapter 13 Plan |
| Case no.: | 24-11178 |
| Debtor: | Nicholas David Centanzo Gonzales |
| Page: | 2 of 3 |

This matter being brought before the Court upon the filing of the Objection of Momentum Capital, LLC to the Confirmation of the Debtor's Chapter 13 Plan (the "Momentum Objection") setting forth a past due amount of $7,891.85 as of May 21, 2024[1], which claim was not addressed in the Debtor's Chapter 13 Plan filed February 6, 2024 (the "Plan"); and now, the parties seek to resolve the Momentum Objection in full in accordance with the following terms.

AND NOW, this _____ day of _____, 2024, upon agreement between Momentum Capital, LLC ("Momentum") and Debtor, it is hereby ORDERED that:

1. The Debtor will assume the Momentum Solar Power Purchase Agreement dated July 31, 2019 (the "PPA") in his Plan.

2. The Debtor will pay Momentum $3,500 in full satisfaction of the $7,891.85 that was past due as of May 21, 2024 (the "Momentum Arrearage").

3. The Momentum Arrearage includes any and all charges, fees, and costs associated with the usage of the Solar System, as defined in the Momentum Objection, and set forth in the PPA, through and including June 30, 2024, including any alleged administrative claim asserted by Momentum.

4. The Debtor will resume regular monthly payments of the full amount of the prior month's invoice starting with the invoice for July 2024 service that is invoiced on or about August 1, 2024.

---

[1] Some of this claimed past due is post-petition. The subject case was filed on February 6, 2024.

| | |
|---|---|
| Caption: | Consent Order Resolving the Objection of Momentum Capital, LLC to the Confirmation of the Debtor's Chapter 13 Plan |
| Case no.: | 24-11178 |
| Debtor: | Nicholas David Centanzo Gonzales |
| Page: | 3 of 3 |

5. Monthly invoices will be (1) mailed to the Debtor at his address: *986 Pitney Road, Absecon, NJ 08201*; and (2) emailed to Debtor at his email address: *stanced_stepside.609@yahoo.com*.

6. The terms of this order will survive the conversion of the Debtor's case to another chapter under the Bankruptcy Code, or dismissal of the Debtor's bankruptcy case.

By: *[signature]*
Carrie J. Boyle, Esquire
*Counsel for the Debtor*

Dated: 7/30/24

By: *[signature]*
Franklin Barbosa, Jr., Esquire
*Counsel for Momentum Capital, LLC*

Dated: 7/30/24