| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(B)<br><br>Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, P.C.<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335<br>cboyle@b-vlaw.com<br>*Attorneys for Debtor* | Order Filed on July 31, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Nicholas David Centanzo Gonzales,<br>Debtor. | Case No.: 24-11178<br>Judge:   JNP<br>Chapter: 13 |

**CONSENT ORDER RESOLVING OBJECTION OF MOMENTUM CAPITAL, LLC TO THE CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages two (2) through three (3) is hereby ORDERED

**DATED: July 31, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Caption: | Consent Order Resolving the Objection of Momentum Capital, LLC to the Confirmation of the Debtor's Chapter 13 Plan |
| Case no.: | 24-11178 |
| Debtor: | Nicholas David Centanzo Gonzales |
| Page: | 2 of 3 |

This matter being brought before the Court upon the filing of the Objection of Momentum Capital, LLC to the Confirmation of the Debtor's Chapter 13 Plan (the "Momentum Objection") setting forth a past due amount of $7,891.85 as of May 21, 2024[1], which claim was not addressed in the Debtor's Chapter 13 Plan filed February 6, 2024 (the "Plan"); and now, the parties seek to resolve the Momentum Objection in full in accordance with the following terms.

AND NOW, this ____ day of _____, 2024, upon agreement between Momentum Capital, LLC ("Momentum") and Debtor, it is hereby ORDERED that:

1. The Debtor will assume the Momentum Solar Power Purchase Agreement dated July 31, 2019 (the "PPA") in his Plan.

2. The Debtor will pay Momentum $3,500 in full satisfaction of the $7,891.85 that was past due as of May 21, 2024 (the "Momentum Arrearage").

3. The Momentum Arrearage includes any and all charges, fees, and costs associated with the usage of the Solar System, as defined in the Momentum Objection, and set forth in the PPA, through and including June 30, 2024, including any alleged administrative claim asserted by Momentum.

4. The Debtor will resume regular monthly payments of the full amount of the prior month's invoice starting with the invoice for July 2024 service that is invoiced on or about August 1, 2024.

---

[1] Some of this claimed past due is post-petition. The subject case was filed on February 6, 2024.

| | |
|---|---|
| Caption: | Consent Order Resolving the Objection of Momentum Capital, LLC to the Confirmation of the Debtor's Chapter 13 Plan |
| Case no.: | 24-11178 |
| Debtor: | Nicholas David Centanzo Gonzales |
| Page: | 3 of 3 |

5. Monthly invoices will be (1) mailed to the Debtor at his address: *986 Pitney Road, Absecon, NJ 08201*; and (2) emailed to Debtor at his email address: *stanced_stepside.609@yahoo.com*.

6. The terms of this order will survive the conversion of the Debtor's case to another chapter under the Bankruptcy Code, or dismissal of the Debtor's bankruptcy case.

By: _____
Carrie J. Boyle, Esquire
Counsel for the Debtor
Dated: 7/30/24

By: _____
Franklin Barbosa, Jr., Esquire
Counsel for Momentum Capital, LLC
Dated: 7/30/24

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 24-11178-JNP
Nicholas David Centanzo Gonzales                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                                      Page 1 of 2
Date Rcvd: Aug 01, 2024                    Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicholas David Centanzo Gonzales, 986 Pitney Road, Absecon, NJ 08201-9710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024                         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Carrie J. Boyle | on behalf of Debtor Nicholas David Centanzo Gonzales cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor ACRE MORTGAGE FINANCIAL INC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin Barbosa, Jr | on behalf of Creditor Momentum Solar LLC fb@spsk.com vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Momentum Capital LLC fb@spsk.com, vc@spsk.com |
| Gavin Stewart | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7