UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Boyle & Valenti Law, P.C.
Carrie J. Boyle, Esquire
1940 Route 70 East
Suite 4
Cherry Hill, NJ 08003
856-499-3335
856-499-3304 (facsimile)
cboyle@b-vlaw.com
Attorney for the Debtor

Order Filed on September 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicholas David Centanzo Gonzales,
　　　　　　　　　　　　Debtor.

Case No.: 24-11178
Chapter: 13
Judge: JNP

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: September 5, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___Carrie J. Boyle___ for the reduction of time for a hearing on __Motion to Approve Settlement of Personal Injury Claim and Payment of Fees Pursuant to L.B.R. 2016-1(b), Nunc Pro Tunc__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __September 17, 2024__ at __11:00am__ in the United States Bankruptcy Court, __400 Cooper Street, 4th Floor, Camden, NJ 08101__, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
__Secured Creditors, Anyone who enter for Noticing and Any Affected Parties__
__E-Mail must be by consent__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Trustee__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*