| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, P.C.<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335 phone<br>(856) 499-3304 fax<br>cboyle@b-vlaw.com<br>Attorneys for the Debtor | |
| In re:<br>**Nicholas David Centanzo Gonzales**<br>**Debtor.** | Case No.: **24-11178**<br><br>Chapter: **13**<br><br>Judge: **JNP** |

## CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle**, who represents the debtor, **Nicholas David Centanzo Gonzales** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 5, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Application for Retention of Professional Nunc Pro Tunc

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **September 5, 2024**                                                **/s/ Lisa Grigley**
                                                                             Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esquire<br>Counsel to Mortgagee Midfirst Bank<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Midfirst Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Andrew Finberg, Esq.<br>Cherry Tree Corporate Center<br>535 NJ-38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Phone Call<br>(as authorized by the court *) |
| Momentum Capital, LLC<br>Franklin Barbosa, Jr., Esq.<br>SCHENCK, PRICE, SMITH & KING, LLP<br>220 Park Avenue<br>Florham Park, NJ 07932 | Mortgagee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Nicholas David Centanzo Gonzales<br>986 Pitney Road<br>Absecon, NJ 08201 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.