UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335 phone
(856) 499-3304 fax
cboyle@b-vlaw.com
Attorneys for the Debtor

In re:
  **Nicholas David Centanzo Gonzales**

  **Debtor.**

Case No.: **24-11178**

Chapter: **13**

Hearing Date: **September 17, 2024 at 11 AM**

Judge: **JNP**

# CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle**, who represents the debtor, **Nicholas David Centanzo Gonzales** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 5, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Notice of Motion to Approve Settlement of Personal Injury Claim and Payment of Fees Pursuant to L.B.R. 2016-1(b), Nunc Pro Tunc
    - Order Shortening Time Period for Notice Setting Hearing and Limiting Notice

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **September 5, 2024**

/s/ **Lisa Grigley**
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Denise Carlon, Esquire**<br>**Counsel to Mortgagee Midfirst Bank**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | **Attorney for Midfirst Bank** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Andrew Finberg, Esq.**<br>**Cherry Tree Corporate Center**<br>**535 NJ-38**<br>**Cherry Hill, NJ 08002** | **Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Phone Call<br>(as authorized by the court *) |
| **Momentum Capital, LLC**<br>**Franklin Barbosa, Jr., Esq.**<br>**SCHENCK, PRICE, SMITH & KING, LLP**<br>**220 Park Avenue**<br>**Florham Park, NJ 07932** | **Attorney for Secured Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Snap-On Credit, LLC**<br>**950 Technology Way, Suite 301**<br>**Libertyville, IL 60048** | **Secred Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midfirst Bank**<br>**999 Northwest Grand Blvd.**<br>**Oklahoma City, OK 73118** | **Mortgagee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Nicholas David Centanzo Gonzales**<br>**986 Pitney Road**<br>**Absecon, NJ 08201** | **Debtor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF) |

rev. 8/1/15

|  | ☐ Other ___<br>(as authorized by the court *) |
|---|---|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.