| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, P.C.<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335 phone<br>(856) 499-3304 fax<br>cboyle@b-vlaw.com<br>Attorneys for the Debtor | |
|---|---|
| In re:<br>    **Nicholas David Centanzo Gonzales**<br>                                **Debtor.** | Case No.:    **24-11178**<br>Chapter:    **13**<br>Judge:    **JNP** |

## CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle**, who represents the debtor, **Nicholas David Centanzo Gonzales** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 5, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
     - Application for Retention of Professional Nunc Pro Tunc

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    **September 5, 2024**                                             **/s/ Lisa Grigley**
                                                                                                    Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Denise Carlon, Esquire**<br>**Counsel to Mortgagee Midfirst Bank**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | **Attorney for Midfirst Bank** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Andrew Finberg, Esq.**<br>**Cherry Tree Corporate Center**<br>**535 NJ-38**<br>**Cherry Hill, NJ 08002** | **Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Phone Call<br>(as authorized by the court *) |
| **Momentum Capital, LLC**<br>**Franklin Barbosa, Jr., Esq.**<br>**SCHENCK, PRICE, SMITH & KING, LLP**<br>**220 Park Avenue**<br>**Florham Park, NJ 07932** | **Attorney for Secured Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midfirst Bank**<br>**999 Northwest Grand Blvd.**<br>**Oklahoma City, OK 73118** | **Mortgagee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Nicholas David Centanzo Gonzales**<br>**986 Pitney Road**<br>**Absecon, NJ 08201** | **Debtor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev. 8/1/15