UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Boyle & Valenti Law, P.C.
Carrie J. Boyle, Esquire
1940 Route 70 East
Suite 4
Cherry Hill, NJ 08003
856-499-3335
856-499-3304 (facsimile)
cboyle@b-vlaw.com
Attorney for the Debtor

Order Filed on September 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Nicholas David Centanzo Gonzales,
                        Debtor.

Case No.: 24-11178
Chapter: 13
Judge: JNP

## ORDER AUTHORIZING RETENTION OF

Karl Friedrichs, Esq

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Karl Friedrichs, Esquire</u>
as <u>Special Personal Injury Counsel</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>Dansky, Katz, Ringold & York</u>
   <u>8000 Sagemore Dr. #8304</u>
   <u>Marlton, NJ 08053</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. Pursuant to Fed. R. Bankr.P 9005 the effective date of retention is the date ~~the application was filed with the Court~~.
   the Debtor filed his Chapter 13 case on February 6, 2024.

*rev.8/1/15*

2