UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Boyle & Valenti Law, P.C.
Carrie J. Boyle, Esquire
1940 Route 70 East
Suite 4
Cherry Hill, NJ 08003
856-499-3335
856-499-3304 (facsimile)
cboyle@b-vlaw.com
Attorney for the Debtor

Order Filed on September 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Nicholas David Centanzo Gonzales,
                Debtor.

Case No.:    24-11178
Chapter:    13
Judge:    JNP

## ORDER AUTHORIZING RETENTION OF

Karl Friedrichs, Esq

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Karl Friedrichs, Esquire___

as ___Special Personal Injury Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   Dansky, Katz, Ringold & York
    
    8000 Sagemore Dr. #8304
    
    Marlton, NJ 08053

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. Pursuant to Fed. R. Bankr.P 9005 the effective date of retention is the date ~~the application was filed with the Court~~.
    the Debtor filed his Chapter 13 case on February 6, 2024.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 24-11178-JNP

Nicholas David Centanzo Gonzales                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas David Centanzo Gonzales, 986 Pitney Road, Absecon, NJ 08201-9710 |
| aty | + | Karl Friedrichs, Dansky Katz Ringold, 8000 Sagemore Drive, Suite 8304, Marlton, NJ 08053-3941 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2024                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Carrie J. Boyle | on behalf of Debtor Nicholas David Centanzo Gonzales cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor ACRE MORTGAGE FINANCIAL INC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin Barbosa, Jr | on behalf of Creditor Momentum Capital  LLC fb@spsk.com, vc@spsk.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 13, 2024 | Form ID: pdf903 | Total Noticed: 2 |

Franklin Barbosa, Jr
    on behalf of Creditor Momentum Solar LLC fb@spsk.com  vc@spsk.com

Gavin Stewart
    on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com

Joni L. Gray
    on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9