UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
Attorneys for Debtor

In Re:

NICHOLAS DAVID CENTANZO GONZALES,

Debtor

Case No.:   24-11178

Chapter:   13

Hearing Date:   September 17, 2024

Judge:   JNP

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter:   Motion to Approve Settlement of Personal Injury Claim and Payment of Fees Pursuant to L.B.R. 2016-1(b), Nunc Pro Tunc and Application for Order Shortening Time

Date:   9/16/2024               /s/Carrie J. Boyle
                                              Signature