Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−11178−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicholas David Centanzo Gonzales
  aka Nicholas D Gonzales
  986 Pitney Road
  Absecon, NJ 08201

Social Security No.:
  xxx−xx−7262

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2024
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-11178-JNP

Nicholas David Centanzo Gonzales  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Sep 19, 2024  Form ID: 148  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas David Centanzo Gonzales, 986 Pitney Road, Absecon, NJ 08201-9710 |
| aty | + | Karl Friedrichs, Dansky Katz Ringold, 8000 Sagemore Drive, Suite 8304, Marlton, NJ 08053-3941 |
| cr | + | Harley-Davidson Credit Corp., PO Box 340514, Tampa, FL 33694-0514 |
| sp | + | Karl Friedrichs, Dansky, Katz, Ringold & York, 8000 Sagemore Dr., #8304, Marlton, NJ 08053-3941 |
| 520156486 | + | Atlantic City Municipal Utilities Auth, 401 North Virginia Ave, Atlantic City, NJ 08401-2542 |
| 520156499 | + | KML Law Group, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 520215871 | + | Momentum, 3096 Hamilton Blvd. Suite B, South Plainfield, NJ 07080-1201 |
| 520289764 | + | Momentum Capital LLC, 3096B Hamilton Blvd., South Plaineld, NJ 07080-1201 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2024 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2024 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: AISMIDFIRST | Sep 20 2024 00:59:00 | Midland Mortgage Co., PO Box 268888, Oklahoma City, OK 73126-8888 |
| 520156485 | ^ | MEBN | Sep 19 2024 21:13:23 | Apex Asset Management, Attn: Bankruptcy, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520156487 | + | EDI: CAPITALONE.COM | Sep 20 2024 00:59:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520156488 | + | EDI: COMCASTCBLCENT | Sep 20 2024 00:59:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Road, Suite 2, Voorhees, NJ 08043-2604 |
| 520156489 | | EDI: WFNNB.COM | Sep 20 2024 00:59:00 | Comenity, P.O Box 183003, Columbus, OH 43218-3003 |
| 520156490 | + | EDI: CCS.COM | Sep 20 2024 00:59:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520156491 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2024 21:22:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520156492 | + | EDI: BLUESTEM | Sep 20 2024 00:59:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520156493 | + | EDI: AMINFOFP.COM | Sep 20 2024 00:59:00 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 520156494 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 19 2024 21:26:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |

Case 24-11178-JNP    Doc 60    Filed 09/21/24    Entered 09/22/24 00:18:33    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 148 | Total Noticed: 44 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 520156495 | + Email/Text: bankruptcy.notices@hdfsi.com | Sep 19 2024 21:27:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 520214447 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 19 2024 21:26:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 520156496 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 21:26:00 | Home Point Fncl Corp, Attn: Bankruptcy, 2211 Old Earhart Road, Suite 250, Ann Arbor, MI 48105-2963 |
| 520156497 | EDI: IRS.COM | Sep 20 2024 00:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520201211 | EDI: JEFFERSONCAP.COM | Sep 20 2024 00:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520156498 | EDI: JEFFERSONCAP.COM | Sep 20 2024 00:59:00 | Jefferson Capital Systems, LLC, Attn Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 520156500 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 21:21:40 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 520178888 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 21:35:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520189208 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2024 21:21:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520226268 | + EDI: AISMIDFIRST | Sep 20 2024 00:59:00 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520156501 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2024 21:51:10 | Merrick Bank/Card Works, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520156502 | + EDI: AISMIDFIRST | Sep 20 2024 00:59:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520156504 | + EDI: AGFINANCE.COM | Sep 20 2024 00:59:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520156505 | + Email/Text: bkrnotice@prgmail.com | Sep 19 2024 21:27:00 | Paragon Revenue Group, 216 Le Phillip Court NE, Concord, NC 28025-2954 |
| 520178918 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 21:22:57 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520156506 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2024 21:26:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 520216556 | Email/Text: legalservices12@snaponcredit.com | Sep 19 2024 21:26:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 520156503 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 19 2024 21:26:00 | NJ Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520197867 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 19 2024 21:26:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520156507 | + Email/Text: jboehler@shorememorial.org | Sep 19 2024 21:28:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 520156508 | ^ MEBN | Sep 19 2024 21:15:16 | Snap-on Credit, Attn: Bankruptcy, 2801 80th Street, Kenosha, WI 53143-5656 |
| 520156509 | + Email/Text: bankruptcy@sunrisecreditservices.com | Sep 19 2024 21:26:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 520156510 | ^ MEBN | Sep 19 2024 21:15:04 | U.S. Department of the Treasury, Attn: Bankruptcy, 3201 Pennsy Dr, Bldg E, Landover, MD 20785-1603 |
| 520156511 | ^ MEBN | | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 19, 2024 | Form ID: 148 | Total Noticed: 44

Sep 19 2024 21:14:34    Unifin, PO 1608, Skokie, IL 60076-8608

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | * | Midland Mortgage Co., PO Box 268888, Oklahoma City, OK 73126-8888 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Carrie J. Boyle | on behalf of Debtor Nicholas David Centanzo Gonzales cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor ACRE MORTGAGE FINANCIAL INC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Franklin Barbosa, Jr | on behalf of Creditor Momentum Capital LLC fb@spsk.com, vc@spsk.com |
| Franklin Barbosa, Jr | on behalf of Creditor Momentum Solar LLC fb@spsk.com vc@spsk.com |
| Gavin Stewart | on behalf of Creditor Harley-Davidson Credit Corp. bk@stewartlegalgroup.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9